UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ANDERSON, an individual,<br><br>                                  Plaintiff,<br><br>v.<br><br>TEVA SALES AND MARKETING, INC., a Delaware corporation,<br><br>                                Defendant. | Case No.: 3:17-cv-0895-CAB-(AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br>**[Doc. No. 19]** |

Having considered the parties' Joint Motion to Dismiss the above-captioned action with prejudice per Federal Rule of Civil Procedure 41(a)(1), the Court **GRANTS** the joint motion. [Doc. No. 19.] Accordingly, this Court **DISMISSES WITH PREJUDICE** all complaints and claims in this action. All parties are to bear their own attorneys' fees and costs. The Clerk of Court shall terminate the case.

It is **SO ORDERED**.

Dated: June 25, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge